IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 06-cv-02269-JLK

INFORMATION NETWORK FOR RESPONSIBLE MINING ("INFORM"), and
COLORADO ENVIRONMENTAL COALITION ("CEC"),

       Plaintiffs,

  v.

BUREAU OF LAND MANAGEMENT,
a federal agency within the Department of the Interior,

       Defendant.
_____

**ORDER**
_____

Kane, J.

      This matter is before me on Defendant's Response to "Order to Show Cause" (Doc. 33), filed July 2, 2009, in response to the Order to Show Cause (Doc. 32) entered on June 23, 2009. Having also considered Plaintiffs' Reply to Defendant's Response (Doc. 35) and Defendant's subsequent Notices (Docs. 36 and 38), I find that good cause has been show. Accordingly, the Order to Show Cause is DISCHARGED.

      IT IS SO ORDERED this 29th day of July, 2009.

                                s/ John L. Kane
                                John L. Kane, Senior District Judge
                                United States District Court