IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-02269-JLK**

**INFORMATION NETWORK FOR RESPONSIBLE MINING ("INFORM"), and COLORADO ENVIRONMENTAL COALITION ("CEC"),**

      Plaintiffs,

  v.

**BUREAU OF LAND MANAGEMENT, a federal agency within the Department of the Interior**,

      Defendant.

## ORDER

Upon consideration of Plaintiffs' Stipulated Motion to Dismiss (doc. #55), filed August 2, 2010, it is

**ORDERED** that the motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

Dated: August 2, 2010

                              BY THE COURT:

                              *s/John L. Kane*
                              UNITED STATES DISTRICT JUDGE